# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

143634

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DARNELL WEAVERLY COOLEY,
        Defendant-Appellant.

SC: 143634
COA: 304071
Oakland CC: 2010-230841-FC

_____/

On order of the Court, the application for leave to appeal the July 6, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

                             Clerk

p0321